UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: CLARENCE O'NEAL LEVERETTE                    CASE NO. 11-51548-KMS
                                                    CHAPTER 13

ORDER SETTING SCHEDULE
ON THE OBJECTION TO CONFIRMATION AND
MOTION TO LIFT STAY AND FOR ABANDONMENT

This combined matter came on for hearing on December 1, 2011, (the "Hearing") on the Objection to Confirmation, (Dkt. No. 51), filed by the Trustee; the Motion to Lift Stay and for Abandonment ("Motion"), (Dkt. No. 59), filed by Community Bank; and the Response to the Motion to Lift Stay and for Abandonment, (Dkt. No. 64), filed by debtor Clarence Leverette ("Leverette").  At the Hearing, Samuel J. Duncan represented the Trustee, Stephen E. Gardner represented Community Bank, and John Anderson ("Anderson") represented Leverette. Regarding the Objection to Confirmation, the Court heard the arguments of counsel, sustained the Objection to Confirmation and granted Anderson's request to file an amended plan. Regarding the Motion, the Court heard the arguments of counsel and testimony of witnesses, ordered Anderson to obtain and file Leverette's produce contract documents no later than December 8, 2011, and took the Motion under advisement.

Accordingly, counsel for Leverette is to: (1) obtain and file Leverette's produce contract documents no later than Thursday, December 8, 2011, and (2) submit a modified plan no later than Thursday, December 15, 2011.  No extensions will be given.  Any objections to the amended plan will be heard on Thursday, January 19, 2011, and the Court will rule on the Motion at that time.

**SO ORDERED.**

Page 1 of 1